**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      )  | |
|           Plaintiff,      ) | No. 08-3306M |
| vs.      ) | **ORDER** |
| Edgar San Agustin-Aguirre,      ) | |
|           Defendant.      ) | |

This Court has received and considered Defendant's Motion to Extend Time To Indict (Doc. #12). The Motion will be denied for failing to comply with the requirements of 18 U.S.C. § 3161(h)(8)(A) and (B) to obtain an extension of time to indict. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000).

DATED this 6th day of August, 2008.

David K. Duncan
United States Magistrate Judge